UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF<br><br>PATRICK ROGER LERET AND LUÍS ERNESTO GONZÁLEZ, FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782, TO OBTAIN DISCOVERY FROM ALVARO ROCHE CISNEROS FOR USE IN FOREIGN PROCEEDINGS | Misc. No._____ |

**APPLICATION FOR (1) AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS, AND (2) AN ORDER TO SHOW CAUSE WHY A SUBPOENA SHOULD NOT INMEDIATELY ISSUE**

Applicants PATRICK ROGER LERET ("Leret") and LUIS ERNESTO GONZALEZ ("González") hereby move the Court for an order, after a hearing, pursuant to 28 U.S.C. § 1782, directing ALVARO ROCHE CISNEROS, residing in Washington D.C., to produce documents and to provide deposition testimony at the offices of the undersigned unless otherwise agreed by the parties, for purposes of discovery in connection with foreign civil proceedings. Applicants are represented in these proceedings by Debevoise & Plimpton LLP. Leret and Gonzalez further request an Order to Show Cause why the subpoena should not immediately issue, due to the significant time exigencies here.

In further support of this Application, Leret and González submit simultaneously herewith the Declaration of Mario Eduardo Trivella dated August 12, 2013, together with their Memorandum of Law and accompanying Exhibits A, B, C and D.

The requested relief seeks to obtain limited, but necessary, discovery concerning three proceedings currently pending before foreign tribunals. Leret and González are parties to

certain actions currently pending in Caracas, Venezuela entitled *Patrick Roger Leret v. Alvaro Roche Cisneros and Marion Cisneros Rendiles,* currently before the 8th First Instance Court on Civil and Commercial Matter of the Caracas Judicial Circuit; *Alvaro Roche Cisneros v. Patrick Roger Leret and Luis Ernesto Gonzalez*, currently before the 11th First Instance Court on Civil and Commercial Matter of the Caracas Judicial Circuit; and *Arquitectura y Diseno Arquimeca C.A. v. Grupo Los Principitos, C.A.,* currently before the 11th Municipal Court of Caracas Metropolitan Area ("Foreign Actions").

The Foreign Actions arise of out of Roche's failure to participate in shareholders meetings and hindering the normal operations of *Grupo Los Principitos, C.A. ("Los Principitos")* a company organized under the laws of Venezuela. Certified copies and translations of the Foreign Actions are appended as Exhibits A, B, and C to Debevoise & Plimpton LLP's Memorandum of Law in support of the Application.

The party to be subpoenaed is Alvaro Roche Cisneros ("Roche"). As demonstrated in the accompanying declaration of Mario E. Trivella, and Applicant's Memorandum of Law, Roche has information relevant to the Foreign Actions that is not readily secured through judicial process in Venezuela. It is therefore necessary to take discovery from Roche relating to the Foreign Actions in the United States. Roche resides on 3043 N Street NW, Washington D.C. 20007. Such evidence – in the form of testimony and documents – may be submitted and would be accepted by Venezuelan Courts in accordance with domestic procedural rules. Accordingly, Leret and Gonzalez request that the Court order the production of documents and testimony that Leret and Gonzalez seek.

## LERET'S AND GONZALEZ'S APPLICATION COMPLIES WITH THE STANDARDS OF 28 U.S.C. § 1782

Section 1782 of Title 28 of the United States Code, entitled "Assistance to foreign and international tribunals and to litigants before such tribunals," allows applicants like Leret and Gonzalez to obtain discovery from United States residents that is relevant to proceedings in foreign jurisdictions. The statute provides, in relevant part:

> (a) The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusations. The order may be pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

28 U.S.C. § 1782 "liberalizes existing U.S. procedures for assisting foreign and international tribunals in obtaining oral and documentary evidence in the United States." *In re Letter of Request from Crown Prosecution Serv. of United Kingdom*, 870.2d 686, 693 (D.C. Cir. 1989). The statute has "broad applicability" to international litigation. *In re Application of Gianoli Aldunate,* 3 F.3d 54, 57 (2d Cir. 1993).

The discovery that Leret and González seek complies with the conditions set forth in 28 U.S.C. § 1782. *First*, Roche is present in the District of Columbia. *Second*, Leret and González as both claimants and plaintiffs in the Foreign Actions are "interested person[s]" as stated in 28 U.S.C. § 1782. *Third*, the discovery Leret and González seek is narrowly tailored to obtain information relevant to issues present in the Foreign Actions such as testimony related to the moment on which he moved to the United States; Roche's role in the management of *Los Principitos* between 2008 and October 2010; Roche's refusal to participate in business decisions concerning *Los Principitos* after October 2010; and Roche's compensation as a

director and a shareholder of *Los Principitos,* including the means through which he received such compensation.

## **THE APPLICATION IS URGENT**

The discovery sought through this application is urgent.  As noted in the Declaration of Mario E. Trivella, the evidentiary phase of the Foreign Action of *Arquimeca v. Leret and Gonzalez* – to which Roche is not a party – consists of only 10 working days after service of process.  Trivella Decl. ¶ 16.  This is because the claim pursued by *Arquimeca*, a company owned and controlled by Roche's mother, is an abbreviated proceeding aimed at determining whether certain irregularities took place in the management of *Los Principitos,* the consequences of which could go so far as to appoint new and *ad hoc* managers of *Los Principitos*, severely interfering with Leret's and Gonzalez's business.

Leret and Gonzalez are thus at the mercy of when *Arquimeca* will decide to resume these proceedings, which can happen any day after September 16, 2013.  This is when the Venezuelan judiciary resumes activities after the summer holidays.  As further noted in the Memorandum of Law in Support of the Application, although Roche was a manager of *Los Principitos* during the time the alleged mismanagement took place, *Arquimeca* did not file suit against Roche.  Evidence is thus urgently sought from Roche.  However, because Roche resides in Washington DC, there is simply no way that Leret and Gonzalez will be able to obtain – in an efficient and timely manner – the evidence need to have their day in Court.

In light of these exigencies, Leret and Gonzalez will provide immediate notice of this Application to Roche.  To insure that any objection to the application can be presented to this Court promptly, Leret and Gonzalez also seek an Order to Show Cause – to take place on September 23, 2013 of shortly thereafter – why the Section 1782 application should not be

immediately granted.

## REQUESTED RELIEF

Leret's and González's Application complies with each required element of 28 U.S.C. § 1782, and should be granted. Based on the foregoing, Applicants respectfully move the Court – after an order and a hearing to show cause – to issue an order:

1. Approving Leret's and González's application for discovery, including the scope and timing of the Subpoenas attached as Exhibit D to the Memorandum in Support of this Application;

2. Authorizing Leret and González to serve the aforementioned Subpoenas; and

3. Compelling Roche to produce the documents requested in Schedule A of the Subpoenas, and to provide the deposition testimony requested in Schedule B of the Subpoenas, in an opportunity to be decided by this Court.

DATED: September 3, 2013

Respectfully submitted

_____
Scott N. Auby (D.D.C. Bar No. 444951)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W., Suite 1100 East
Washington, DC 20004
(202) 383- 8053 (telephone)
(202) 383-9238 (fax)

*Attorney for Applicants Patrick R and Leret and Luís Ernesto González*